In the Matter of LIVINGSTON COUNTY CHILD SUPPORT COLLECTION UNIT, on Behalf of JOHN S. COLLISTER, Respondent, v TAMMY SCHNEIDER, Appellant. [762 NYS2d 324] —Appeal from an order of Family Court, Livingston County (Cicoria, J.), entered February 4, 2002, which vacated the order suspending commitment and committed respondent to the custody of the Livingston County Sheriff.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: The appeal from the order entered February 4, 2002 is dismissed because that order was superseded by an order entered February 22, 2002 (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). No appeal lies from an order that has been superseded by an amended order (*see id.*). Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND McFARLAND, Appellant. [762 NYS2d 324] —Appeal from a judgment of Supreme Court, Erie County (Burns, J.), entered December 23, 1997, convicting defendant upon his plea of guilty of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by reducing the minimum period of imprisonment to 2¹/₃ years and as modified the judgment is affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of sexual abuse in the first degree, a class D violent felony, and sentencing him to an indeterminate term of imprisonment of 3¹/₂ to 7 years. As the People correctly concede, the sentence is illegal, and the minimum period of imprisonment should be reduced to 2¹/₃ years. At the time the offense was committed in 1993, Penal Law § 70.02 (former [4]) required that the minimum period of imprisonment be fixed at one third of the maximum term imposed (*see People v Trimm*, 252 AD2d 673, 675 [1998], *lv denied* 92 NY2d 931 [1998]). We therefore modify the judgment by reducing the minimum period of imprisonment to 2¹/₃ years. Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.